**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cross Town Movers, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-1268025** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1305 S. Bertelsen Rd.** **Eugene, OR 97402** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lane** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Cross Town Movers, Inc.**       Case number (*if known*)
     Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     **4214**

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Cross Town Movers, Inc.**    Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Note: For Estimated Assets, ■ $1,000,001 - $10 million is checked.

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Cross Town Movers, Inc.**                                    Case number (*if known*) _____
          Name

- ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Cross Town Movers, Inc.** | | Case number (*if known*) | |
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 11, 2025**
MM / DD / YYYY

**X** **/s/ Michael Somerville**                                     **Michael Somerville**
Signature of authorized representative of debtor                     Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X** **/s/ Loren S. Scott**                                     Date    **July 11, 2025**
Signature of attorney for debtor                                     MM / DD / YYYY

**Loren S. Scott 024502**
Printed name

**The Scott Law Group**
Firm name

**PO Box 70422**
**Springfield, OR 97475**
Number, Street, City, State & ZIP Code

Contact phone    **541-868-8005**          Email address

**024502 OR**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Oregon

In re   **Cross Town Movers, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .......................................   $ _____   **Hourly**

    Prior to the filing of this statement I have received ......................   $ _____   **$30,000**

    Balance Due ...........................................................................   $ _____   **Hourly**

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 11, 2025**

*Date*

**/s/ Loren S. Scott**

**Loren S. Scott 024502**
*Signature of Attorney*
**The Scott Law Group**
**PO Box 70422**
**Springfield, OR 97475**
**541-868-8005  Fax: 541-868-8004**
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name    **Cross Town Movers, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 11, 2025**     X **/s/ Michael Somerville**
                                             Signature of individual signing on behalf of debtor

                                             **Michael Somerville**
                                             Printed name

                                             **CEO**
                                             Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cross Town Movers, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alan Brandenfels 83442 Rodgers Rd Creswell, OR 97426** | **Alan Brandenfels abrand909@gmail. com** | **Business loan** | | | | **$225,500.00** |
| **Diesel Funding 1100 NE 163 St Ste 404 Miami, FL 33162** | | **Lien on future receivables. Based on value of assets, Debtor believes this loan is fully unsecured.** | | **$112,425.00** | **$98,135.00** | **$112,425.00** |
| **Effect Adv 2897 Chad Drive Eugene, OR 97408** | | **Advertising** | | | | **$15,000.00** |
| **Kalamata Funding 7315 Wisconsin Ave Ste 950 Bethesda, MD 20814** | **cs@kalamatacapita lgroup.com** | **Lien on all assets except titled vehicles.  Based on value of assets, Debtor believes this loan is fully unsecured.** | | **$55,000.00** | **$1,720,144.00** | **$55,000.00** |
| **Leaf Capital PO Box 77096 Minneapolis, MN 55480** | **Hannah Montoney customerservice@f inancialservicing.n et; hannah.montoney @samsara.** | **Software Purchase** | | **$96,000.00** | **$0.00** | **$96,000.00** |
| **McKenzie Credit Group, LLC 400 International Way Ste 350 Springfield, OR 97477** | | **Trucks Financed with McKenzie Credit - 2003 Mobile Storage Trail King 22' Flatbed Trailer ($3,000), 2004 Mobile Storage Freightliner Delivery Truck ($** | | **$106,000.00** | **$38,000.00** | **$68,000.00** |

Debtor  **Cross Town Movers, Inc.**                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Meged Funding 12 Zeck Court Suffern, NY 10901** | | **Lien on all assets except titled vehicles. Based on value of assets, Debtor believes this loan is fully unsecured.** | | **$136,744.00** | **$1,720,144.00** | **$136,744.00** |
| **NewCo Funding 1801 NE 123rd St Ste 421 North Miami, FL 33181** | **Jacob Gahfi** **jacob@newcocapitalgroup.com** | **Lien on all assets except titled vehicles. Based on value of assets, Debtor believes this loan is fully unsecured.** | | **$70,000.00** | **$1,720,144.00** | **$70,000.00** |
| **Oregon Community Credit Union 3065 West 11th Ste N1 Eugene, OR 97402** | | **2020 Jeep Wrangler. Vehicle titled in name of Michael and Leanne Somerville, but all payments have been made by the Debtor.** | | **$25,071.25** | **$20,000.00** | **$5,071.25** |
| **Oregon Department of Revenue Attn: ODR Bkcy 955 Center NE Salem, OR 97301-2555** | | **2023 Income Taxes** | | | | **$29,871.00** |
| **PayPal/Loan Builder 2211 North First St San Jose, CA 95131** | **Jason Lloyd, President** **laura.416@swiftcapital.com** | **Lien on all assets except titled vehicles. Based on value of assets, Debtor believes this loan is fully unsecured.** | | **$58,000.00** | **$1,720,144.00** | **$58,000.00** |
| **Silverline Funding 265 Sunrise Hwy Rockville Center, NY 11570** | | **Lien on future receivables. Based on value of assets, Debtor believes this loan is fully unsecured.** | | **$262,926.22** | **$98,135.00** | **$262,926.22** |
| **Su Li 83442 Rodgers Creswell, OR 97426** | | **Business loan** | | | | **$132,518.00** |
| **Thryv Adv/The Real Yellow Pages PO Box 619810 DFW Airport, TX 75261** | | **Advertising** | | | | **$12,368.81** |

**Fill in this information to identify the case:**

Debtor name     **Cross Town Movers, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

 1a. **Real property:**
 Copy line 88 from *Schedule A/B*................................................................................   $              **0.00**

 1b. **Total personal property:**
 Copy line 91A from *Schedule A/B*............................................................................   $      **2,088,644.00**

 1c. **Total of all property:**
 Copy line 92 from *Schedule A/B*..............................................................................   $      **2,088,644.00**

---

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
 Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $      **2,770,493.25**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

 3a. **Total claim amounts of priority unsecured claims:**
 Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $       **29,871.00**

 3b. **Total amount of claims of nonpriority amount of unsecured claims:**
 Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$      **385,386.81**

4.   Total liabilities .............................................................................................................   $      **3,185,751.06**
 Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    **Cross Town Movers, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$100.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | 0152 | $18,006.00 |
| 3.2. | **Chase Bank** | **Checking** | 3497 | $4,394.00 |
| 3.3. | **CHase Bank** | **Checking** | 8883 | $287.00 |
| 3.4. | **Chase Bank** | **Checking** | 3817 | $194.00 |
| 3.5. | **Chase Bank** | **Checking** | 1630 | $495.00 |
| 3.6. | **Chase Bank** | **Checking** | 3099 | $902.00 |

Debtor **Cross Town Movers, Inc.**
_____   Case number _(If known)_ _____

Name

3.7. **Oregon Community Credit Union** _____ | **Checking** _____ | **2520** _____ | **$10.00** |

---

4. **Other cash equivalents** _(Identify all)_

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$24,388.00** |

| Part 2: | **Deposits and Prepayments** |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: | **73,747.00** | - | **0.00** | = .... | **$73,747.00** |

face amount  —  doubtful or uncollectible accounts

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$73,747.00** |

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Moving Boxes and Supplies** | 6/1/2025 | $14,500.00 | Recent cost | $14,500.00 |

Debtor    **Cross Town Movers, Inc.**                              Case number *(If known)* _____
_____
Name

| | |
|---|---|
| 23. **Total of Part 5.** | |
| Add lines 19 through 22.  Copy the total to line 84. | **$14,500.00** |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Desks, tables, and file cabinets | **$0.00** | | **$3,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers and Printers | **$0.00** | | **$5,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | |
|---|---|
| 43. **Total of Part 7.** | |
| Add lines 39 through 42.  Copy the total to line 86. | **$8,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    **Cross Town Movers, Inc.**                                   Case number *(If known)* _____
          <sub>Name</sub>

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1999 Mobile Storage International Delivery Truck** | **$0.00** | | **$20,000.00** |
| 47.2. **1999 International 24' Box Truck** | **$0.00** | | **$10,000.00** |
| 47.3. **2005 Freightliner 24' Box Truck** | **$0.00** | | **$20,000.00** |
| 47.4. **2005 International 26' Box Truck** | **$0.00** | | **$20,000.00** |
| 47.5. **2002 International 26' Box Truck** | **$0.00** | | **$15,000.00** |
| 47.6. **2001 Freightliner 26' Box Truck** | **$0.00** | | **$20,000.00** |
| 47.7. **1995 GMC 24' Box Truck** | **$0.00** | | **$10,000.00** |
| 47.8. **2005 International 24' Box Truck** | **$0.00** | | **$15,000.00** |
| 47.9. **2006 Freightliner 24' Box Truck** | **$0.00** | | **$17,500.00** |
| 47.10. **2007 International 24' Box Truck** | **$0.00** | | **$15,000.00** |
| 47.11. **2003 Freightliner 24' Box Truck** | **$0.00** | | **$15,000.00** |
| 47.12. **2001 International 24' Box Truck** | **$0.00** | | **$15,000.00** |
| 47.13. **2011 Freightliner** | **$0.00** | | **$10,000.00** |
| 47.14. **2013 Freightliner** | **$0.00** | | **$8,000.00** |
| 47.15. **Manitou Forklift** | **$0.00** | | **$8,000.00** |
| 47.16. **Teledyne Forklift** | **$0.00** | | **$5,000.00** |

Debtor    **Cross Town Movers, Inc.**                                Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.17. | **50' Office Trailer** | $0.00 | $3,000.00 |
| 47.18. | **Mobile Storage Units** | $0.00 | $250,000.00 |
| 47.19. | **2019 Ford F150.  Vehicle titled in name of Michael and Leanne Somerville, but all payments have been made by the Debtor.** | $0.00 | $30,000.00 |
| 47.20. | **2019 Ford F150 Raptor.  Vehicle titled in name of Michael and Leanne Somerville, but all payments have been made by the Debtor.** | $0.00 | $40,000.00 |
| 47.21. | **2022 Jeep Grand Cherokee. Vehicle titled in name of Michael and Leanne Somerville, but all payments have been made by the Debtor.** | $0.00 | $30,000.00 |
| 47.22. | **2020 Jeep Wrangler. Vehicle titled in name of Michael and Leanne Somerville, but all payments have been made by the Debtor.** | $0.00 | $20,000.00 |
| 47.23. | **Trucks Financed with McKenzie Credit - 2003 Mobile Storage Trail King 22' Flatbed Trailer ($3,000), 2004 Mobile Storage Freightliner Delivery Truck ($20,000), 1989 Kentucky 48' Trailer ($5,000), 1996 Kentucky 51' Trailer ($5,000), and 1998 Kentucky 51' Trailer ($5,000).** | $0.00 | $38,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| $634,500.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor **Cross Town Movers, Inc.**                    Case number *(If known)* _____
         Name

---

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **ODOT License** | $0.00 | | $500.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                         $500.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

| 71. | **Notes receivable** Description (include name of obligor) **Shareholder Loan to Mike Sommerville** | 1,333,009.00 Total face amount | - | 0.00 doubtful or uncollectible amount | = | $1,333,009.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

Debtor   **Cross Town Movers, Inc.**_____      Case number *(If known)* _____
         Name

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
      **Security National Insurance Company - General Liability**
      **and Umbrella Policies.  No cash value.**                                                **$0.00**

      **Wesco Insurance Company - Fire, Inland Marine, Crime**
      **Insurance, and Commercial Auto Policies.  No cash**
      **value.**                                                                                 **$0.00**

      **State Farm - Auto Policy.  No cash value.**                                              **$0.00**

      **Liberty Mutual Workers' Compensation Policy.  No cash**
      **value.**                                                                                 **$0.00**

74.   **Causes of action against third parties (whether or not a lawsuit**
      **has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of**
      **every nature, including counterclaims of the debtor and rights to**
      **set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                        | **$1,333,009.00** |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **Cross Town Movers, Inc.**
         Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,388.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $73,747.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $634,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,333,009.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,088,644.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,088,644.00 |

**Fill in this information to identify the case:**

Debtor name    **Cross Town Movers, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Diesel Funding**<br>Creditor's Name<br><br>**1100 NE 163 St Ste 404**<br>**Miami, FL 33162**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**4/17/2023**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Lien on future receivables. Based on value of assets, Debtor believes this loan is fully unsecured.**<br><br>Describe the lien<br>**Security Interest**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$112,425.00** | **$98,135.00** |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Ford Motor Credit**<br>Creditor's Name<br><br>**PO Box 650574**<br>**Dallas, TX 75265**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**3032**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2019 Ford F150. Vehicle titled in name of Michael and Leanne Somerville, but all payments have been made by the Debtor.**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$13,288.45** | **$30,000.00** |

Debtor   **Cross Town Movers, Inc.**                                    Case number (if known) _____
          Name

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Kalamata Funding** | | $55,000.00 | $1,720,144.00 |
|---|---|---|---|---|

Creditor's Name

**7315 Wisconsin Ave Ste
950
Bethesda, MD 20814**

Creditor's mailing address

**cs@kalamatacapitalgroup.
com**

Creditor's email address, if known

**Date debt was incurred**

**12/30/2024**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**Describe debtor's property that is subject to a lien
Lien on all assets except titled vehicles.
Based on value of assets, Debtor believes
this loan is fully unsecured.**

**Describe the lien
Security Interest**
**Is the creditor an insider or related party?**

☑ No
☐ Yes
**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Leaf Capital** | | $96,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 77096
Minneapolis, MN 55480**

Creditor's mailing address

**customerservice@financial
servicing.net;
hannah.montoney@samsar
a.**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1000**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**Describe debtor's property that is subject to a lien
Financing Agreement for Samsara vehicle
monitoring equipment and software. Debtor
believes security interest is unperfected and
that the entire obligation is unsecured.**

**Describe the lien
Security Interest**
**Is the creditor an insider or related party?**

☑ No

☐ Yes
**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **McKenzie Credit Group, LLC** | Describe debtor's property that is subject to a lien | $106,000.00 | $38,000.00 |
|---|---|---|---|---|

---

Debtor **Cross Town Movers, Inc.**
_____
Name

Case number _(if known)_ _____

Creditor's Name

**400 International Way Ste 350**
**Springfield, OR 97477**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/9/23**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Trucks Financed with McKenzie Credit - 2003 Mobile Storage Trail King 22' Flatbed Trailer ($3,000), 2004 Mobile Storage Freightliner Delivery Truck ($20,000), 1989 Kentucky 48' Trailer ($5,000), 1996 Kentucky 51' Trailer ($5,000), and 1998**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Meged Funding** | | **$136,744.00** | **$1,720,144.00** |

Creditor's Name

**12 Zeck Court**
**Suffern, NY 10901**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lien on all assets except titled vehicles. Based on value of assets, Debtor believes this loan is fully unsecured.**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **NewCo Funding** | | **$70,000.00** | **$1,720,144.00** |

Creditor's Name

**1801 NE 123rd St Ste 421**
**North Miami, FL 33181**

Creditor's mailing address

**jacob@newcocapitalgroup.com**

Creditor's email address, if known

**Date debt was incurred**
**4/17/2023**

**Describe debtor's property that is subject to a lien**
**Lien on all assets except titled vehicles. Based on value of assets, Debtor believes this loan is fully unsecured.**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

---

Debtor **Cross Town Movers, Inc.**

Name

Case number (if known) _____

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **ODK Capital, LLC dba OnDeck** | | $247,892.04 | $1,720,144.00 |
|---|---|---|---|---|

Creditor's Name

**4700 West Day Break Pkwy Ste 200 South Jordan, UT 84009**

Creditor's mailing address

**ojaquez@ondeck.com**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**3000**

Describe debtor's property that is subject to a lien
**Lien on all assets except titled vehicles. Based on value of assets, Debtor believes this loan is fully unsecured.**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Oregon Community Credit Union** | | $18,324.50 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**3065 West 11th Ste N1 Eugene, OR 97402**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**7967**

Describe debtor's property that is subject to a lien
**2022 Jeep Grand Cherokee. Vehicle titled in name of Michael and Leanne Somerville, but all payments have been made by the Debtor.**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | **Oregon Community Credit Union** | Describe debtor's property that is subject to a lien | $25,071.25 | $20,000.00 |
|---|---|---|---|---|

---

Debtor    **Cross Town Movers, Inc.**
_____    Case number (if known) _____
Name

Creditor's Name

**3065 West 11th Ste N1
Eugene, OR 97402**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
4506**

**Do multiple creditors have an interest in the same property?**

�

 No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2020 Jeep Wrangler. Vehicle titled in name of Michael and Leanne Somerville, but all payments have been made by the Debtor.**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Oregon Community Credit Union** | | | |
|---|---|---|---|---|

Creditor's Name

**3065 West 11th Ste N1
Eugene, OR 97402**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
3621**

**Do multiple creditors have an interest in the same property?**

■

 No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $19,655.19    $40,000.00

**2019 Ford F150 Raptor.  Vehicle titled in name of Michael and Leanne Somerville, but all payments have been made by the Debtor.**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **PayPal/Loan Builder** | | | |
|---|---|---|---|---|

Creditor's Name

**2211 North First St
San Jose, CA 95131**

Creditor's mailing address

**laura.416@swiftcapital.com**

Creditor's email address, if known

**Date debt was incurred
2/21/2024**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**    $58,000.00    $1,720,144.00

**Lien on all assets except titled vehicles. Based on value of assets, Debtor believes this loan is fully unsecured.**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor  **Cross Town Movers, Inc.**                                  Case number (if known) _____
Name

**3658**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Silverline Funding** | **Describe debtor's property that is subject to a lien** | $262,926.22 | $98,135.00 |
|---|---|---|---|---|

Creditor's Name

**Lien on future receivables. Based on value of assets, Debtor believes this loan is fully unsecured.**

**265 Sunrise Hwy
Rockville Center, NY 11570**

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **United States Small Business Admin.** | **Describe debtor's property that is subject to a lien** | $1,549,166.60 | $1,720,144.00 |
|---|---|---|---|---|

Creditor's Name

**Lien on all assets except titled vehicles**

**c/o Matthew Koos
721 19th St., Suite 426
Denver, CO 80202**

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**8206**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,770,493.25

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

Debtor   **Cross Town Movers, Inc.**
_____     Case number (if known) _____
         Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Berkovitch & Bouskila PLLC**<br>**1545 US 202, Suite 101**<br>**Pomona, NY 10970** | Line **2.3** | |
| **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd, Suite 305**<br>**Suffern, NY 10901** | Line **2.1** | |
| **Madeb Law PLLC**<br>**2433 Knapp St., Suite 203A**<br>**Brooklyn, NY 11235** | Line **2.6** | |
| **Meged Funding Group**<br>**1 Princeton Ave**<br>**Brick, NJ 08724** | Line **2.6** | |
| **Piekarski Law PLLC**<br>**17 State St., Suite 1800**<br>**New York, NY 10004** | Line **2.7** | |
| **Samsara Capital Finance**<br>**1 De Haro St.**<br>**San Francisco, CA 94107** | Line **2.4** | |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Cross Town Movers, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29,871.00** | **$29,871.00**

**Oregon Department of Revenue**
**Attn: ODR Bkcy**
**955 Center NE**
**Salem, OR 97301-2555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2023 Income Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Cross Town Movers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Oregon Employment Department**
**875 Union Street NE**
**Salem, OR 97311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225,500.00** |
|---|---|---|---|

**Alan Brandenfels**
**83442 Rodgers Rd**
**Creswell, OR 97426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/13/2025
Last 4 digits of account number _

Basis for the claim:  **Business loan**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Effect Adv**
**2897 Chad Drive**
**Eugene, OR 97408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Advertising**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132,518.00** |
|---|---|---|---|

**Su Li**
**83442 Rodgers**
**Creswell, OR 97426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business loan**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,368.81** |
|---|---|---|---|

**Thryv Adv/The Real Yellow Pages**
**PO Box 619810**
**DFW Airport, TX 75261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  7474

Basis for the claim:  **Advertising**

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor  **Cross Town Movers, Inc.**        Case number (if known) _____

_____
Name

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $     **29,871.00** |
| **5b. Total claims from Part 2** | 5b. + | $     **385,386.81** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $     **415,257.81** |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Cross Town Movers, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF OREGON |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1305 and 1400 S. Bertelsen** | |
| --- | --- | --- | --- |
| | State the term remaining | **Leases end 1/1/2042** | **Cross Town Properties, LLC** |
| | List the contract number of any government contract | _____ | **1305 S. Bertelsen Rd. Eugene, OR 97402** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2023 International and 2022 Morgan Aluminum Van** | |
| --- | --- | --- | --- |
| | State the term remaining | **5 months** | **Penske** |
| | List the contract number of any government contract | _____ | **91181 N. Coburg Industrial Way Coburg, OR 97408** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2024 International and 2023 Morgan Aluminum Van** | |
| --- | --- | --- | --- |
| | State the term remaining | **12 months** | **Penske** |
| | List the contract number of any government contract | _____ | **91181 N. Coburg Industrial Way Coburg, OR 97408** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2019 Freightliner and 2020 Freightliner** | |
| --- | --- | --- | --- |
| | State the term remaining | **14 months** | **Penske** |
| | List the contract number of any government contract | _____ | **91181 N. Coburg Industrial Way Coburg, OR 97408** |

| Debtor 1 | **Cross Town Movers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of two 2025 Freightliners and two 2024 Morgan Aluminum Vans** | |
|---|---|---|---|
| | State the term remaining | **5 and 1/2 years** | |
| | List the contract number of any government contract | | **Penske**<br>**91181 N. Coburg Industrial Way**<br>**Coburg, OR 97408** |

**Fill in this information to identify the case:**

Debtor name  **Cross Town Movers, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                          Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Cross Town Properties, LLC** | **1305 S. Bertelsen Rd. Eugene, OR 97402** | **Diesel Funding** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Leanne Somerville** | **33423 Timber Ln Eugene, OR 97405** | **McKenzie Credit Group, LLC** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Michael Somerville** | **33423 Timber Lan Eugene, OR 97405** | **Diesel Funding** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Michael Somerville** | **33423 Timber Lan Eugene, OR 97405** | **NewCo Funding** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Michael Somerville** | **33423 Timber Lan Eugene, OR 97405** | **McKenzie Credit Group, LLC** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

Debtor  **Cross Town Movers, Inc.**                                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Michael Somerville | 33423 Timber Lan Eugene, OR 97405 | Meged Funding | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.7 | Michael Somerville | 33423 Timber Lan Eugene, OR 97405 | Kalamata Funding | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.8 | Michael Somerville | 33423 Timber Lan Eugene, OR 97405 | PayPal/Loan Builder | ■ D __2.12__ ☐ E/F ____ ☐ G ____ |
| 2.9 | Michael Somerville | 33423 Timber Lan Eugene, OR 97405 | Alan Brandenfels | ☐ D ____ ■ E/F __3.1__ ☐ G ____ |
| 2.10 | Michael Somerville | 33423 Timber Lan Eugene, OR 97405 | Silverline Funding | ■ D __2.13__ ☐ E/F ____ ☐ G ____ |
| 2.11 | Michael Somerville | 33423 Timber Lan Eugene, OR 97405 | ODK Capital, LLC dba OnDeck | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name     **Cross Town Movers, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,579,370.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$4,555,050.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$4,737,927.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  **Cross Town Movers, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Cross Town Properties, LLC**<br>**1305 S. Bertelsen Rd.**<br>**Eugene, OR 97402** | **Last 90 days** | **$165,657.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.2. **Penske**<br>**91181 N. Coburg Industrial Way**<br>**Coburg, OR 97408** | **Last 90 days** | **$38,438.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vehicle leases** |
| 3.3. **McKenzie Credit Group, LLC**<br>**400 International Way Ste 350**<br>**Springfield, OR 97477** | **Last 90 days** | **$10,863.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.4. **ODK Capital, LLC dba OnDeck**<br>**4700 West Day Break Pkwy Ste 200**<br>**South Jordan, UT 84009** | **Last 90 days** | **$51,331.18** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.5. **PayPal/Loan Builder**<br>**2211 North First St**<br>**San Jose, CA 95131** | **Last 90 days** | **$17,251.04** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.6. **Kalamata Funding**<br>**7315 Wisconsin Ave Ste 950**<br>**Bethesda, MD 20814** | **Last 90 days** | **$26,433.98** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.7. **Meged Funding**<br>**12 Zeck Court**<br>**Suffern, NY 10901** | **Last 90 days** | **$27,680.64** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.8. **Silverline Funding**<br>**265 Sunrise Hwy**<br>**Rockville Center, NY 11570** | **Last 90 days** | **$17,300.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

Debtor    **Cross Town Movers, Inc.**                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. **NewCo Funding**<br>**1801 NE 123rd St Ste 421**<br>**North Miami, FL 33181** | **Last 90 days** | **$47,448.50** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10.  **Alan Brandenfels**<br>**83442 Rodgers Rd**<br>**Creswell, OR 97426** | **Last 90 days** | **$9,360.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11.  **Liberty Mutual**<br>**PO Box 91012**<br>**Chicago, IL 60680** | **Last 90 days** | **$10,363.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance Premiums** |
| 3.12.  **USI Insurance**<br>**100 Summit Lake Drive, Suite 400**<br>**Valhalla, NY 10595** | **Last 90 days** | **$29,352.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance Premiums** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

Debtor   **Cross Town Movers, Inc.**                              Case number *(if known)*

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Diesel Funding v. Debtor | Breach of Contract | State of New York County of Monroe | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Scott Law Group<br>PO Box 70422<br>OR 97475** | | **6/19/2025** | **$30,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

| Debtor | **Cross Town Movers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor   **Cross Town Movers, Inc.**                                           Case number *(if known)* _____

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank** | **XXXX-3328** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 2025** | **$0.00** |
| 18.2. | **Chase Bank** | **XXXX-5028** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 2025** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Cross Town Movers, Inc.**                                   Case number *(if known)*

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Charles Buckholz**<br>**79 Centennial Loop**<br>**Eugene, OR 97401** | **2010 - Present** |
| 26a.2.    **Leanne Somerville**<br>**33423 Timber Ln**<br>**Eugene, OR 97405** | **2014 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Cross Town Movers, Inc.** | | Case number *(if known)* | |

| Name and address | | If any books of account and records are unavailable, explain why |
| --- | --- | --- |
| 26c.1. | **Charles Buckholz**<br>**79 Centennial Lp**<br>**Eugene, OR 97401** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
| --- | --- |
| 26d.1. | **Liberty Mutual**<br>**PO Box 91012**<br>**Chicago, IL 60680** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Michael Somerville | 33423 Timber Lan<br>Eugene, OR 97405 | CEO | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Leanne Somerville | 33423 Timber Ln<br>Eugene, OR 97405 | CFO | 0 |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. | **Michael Somerville**<br>**33423 Timber Lane**<br>**Eugene, OR 97405** | **W-2 Income of $22,384.61**<br>**Dividends of $151,000** | **Prior 12 months** | **Compensation for services** |
| | **Relationship to debtor**<br>**CEO and Sole Shareholder** | | | |

| Debtor | **Cross Town Movers, Inc.** | Case number *(if known)* |
|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**July 11, 2025**___

| /s/ Michael Somerville | Michael Somerville |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor ___**CEO**___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

## United States Bankruptcy Court
### District of Oregon

In re  **Cross Town Movers, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 11, 2025**

**/s/ Michael Somerville**

**Michael Somerville**/**CEO**
Signer/Title